FILED
 2008 Sep-08  AM 11:17
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **LOUIS JOSEPH SCALES,** ) | |
| ) | |
| **Petitioner** ) | |
| ) | |
| v. ) | |
| ) | **Case No.  1:07-cv-02304-VEH** |
| **DAVID WISE, Warden, and** ) | |
| **THE ATTORNEY GENERAL** ) | |
| **OF THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents** ) | |

## **FINAL JUDGMENT**

On August 25, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge.  On September 4, 2008, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge and it is, therefore,

**ORDERED**, **ADJUDGED,** and **DECREED** that the petition for writ of habeas corpus in this action be and the same hereby is **DENIED**.  Petitioner's Motion for Issuance of Subpoena(s) for Witnesses and Records (Doc. #11) is **DENIED**.

**DONE** this the 8th day of September, 2008.

    _____
    **VIRGINIA EMERSON HOPKINS**
    United States District Judge